ACCEPTED
01-18-00165-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/19/2018 1:57 PM
CHRISTOPHER PRINE
CLERK

**Appellate Docket Number: 01-18-00165-CV**

**Appellate Case Style: Vortek Aviation LLC and Wayne Schmitz v. Zach Krachinski and Ark 84 LLC**

## DOCKETING STATEMENT (CIVIL)
### First Court of Appeals

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/19/2018 1:57:50 PM

CHRISTOPHER A. PRINE
Clerk

| I. Parties (TRAP 32.1(a), (e)): | |
|---|---|
| **Appellant(s):**<br><br>Wayne Schmitz<br>Vortek Aviation LLC | **Appellee(s):**<br><br>Zach Krachinski<br>Arc 84 LLC |
| Attorney (lead appellate counsel):<br><br>Thomas Kerr | Attorney (lead appellate counsel, if known; if not, then trial counsel):<br><br>William G. Harger |
| Address (lead counsel):<br><br>Kerr Wilson PC<br>16800 Imperial Valley<br>Suite 360<br>Houston, Texas 77060 | Address (lead appellate counsel, if known; if not, then trial counsel):<br><br>704 Main Street<br>Richmond, Texas 77469 |
| Telephone:<br>(include area code)<br>281.260.6304 | Telephone:<br>(include area code)<br>281.202.6000 |
| Telecopy:<br>(include area code)<br>281.260.6467 (fax) | Telecopy:<br>(include area code)<br>281.715.4343 (fax) |
| E-Mail Address:<br>tkerr@tkalaw.com | E-Mail Address:<br><br>harger@hargerlaw.com |
| SBN (lead counsel):<br>SBOT: 00786015 | SBN (lead counsel):<br>SBOT:00793898 |

If not represented by counsel, provide appellant's/appellee's address, telephone number, and telecopy number. On Attachment 1, or a separate attachment if needed, list the same information stated above for any additional parties to the trial court's judgment.

**II. Perfection Of Appeal And Jurisdiction (TRAP 32.1(b), (c), (g), (j)):**

| Date order or judgment signed: | Date notice of appeal filed in trial court: |
|---|---|
| 12/7/2017 | 3/2/2018 |
| (Attach a signed copy, if possible) | (Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing) |
| What type of judgment? (e.g., jury trial, bench trial, summary judgment, directed verdict, other (specify)) Default | Interlocutory appeal of appealable order: No (Please specify statutory or other basis on which interlocutory order is appealable) (*See* TRAP 28) Accelerated appeal (*See* TRAP 28): No (Please specify statutory or other basis on which appeal is accelerated) Appeal that receives precedence, preference, or priority under statute or rule? No (Please specify statutory or other basis for such status) |

**III. Actions Extending Time To Perfect Appeal (TRAP 32.1(d)):**

| Action | Filed Check as appropriate | | Date Filed |
|---|---|---|---|
| Motion for New Trial | | Yes | 1/5/2018 |
| Motion to Modify Judgment | No | | |
| Request for Findings of Fact and Conclusions of Law | No | | |
| Motion to Reinstate | No | | |
| Motion under TRCP 306a | No | | |
| Other (specify): | No | | |

**IV. Indigency Of Party (TRAP 32.1(k)):** (Attach file-stamped copy of affidavit)

| Event | Filed Check as appropriate | | Date | N/A |
|---|---|---|---|---|
| Affidavit filed | No | | | |
| Contest filed | No | | | |
| Date ruling on contest due: | | | | |
| Ruling on contest: Sustained G    Overruled G | | | | |

**V. Bankruptcy (TRAP 8):**

Will the appeal be stayed by bankruptcy?              Date bankruptcy filed?

Name of bankruptcy court:                            Bankruptcy Case No.:

Style of bankruptcy case:

Bankruptcy remains possible but not filed as of this time.

## VI. Trial Court And Record (TRAP 32.1(c), (h), (i)):

| Court:<br><br>165th | County:<br><br>Harris | Trial Court Docket Number (Cause No.):<br><br>2017-58042 |
|---|---|---|

| Trial Judge (who tried or disposed of case):<br><br>The Hon. Ursula Hall<br><br>Telephone Number: (832) 927-2365 (include area code)<br><br>Telecopy Number: not published (include area code)<br><br>Address:<br><br>Harris County Civil Courthouse 201 Caroline, 12th Floor Houston, Texas 77002 | Court Clerk (district clerk):<br><br>Shelly Boone<br><br>Telephone Number: (832) 927-2365 (include area code)<br><br>Telecopy Number: not published (include area code)<br>Address:<br><br>Harris County Civil Courthouse 201 Caroline, 12th Floor Houston, Texas 77002 |
|---|---|

| Clerk's Record<br><br>Yes | Sworn copy for accelerated appeal<br><br>No<br><br>(*See* TRAP 28.3) | Will request<br><br>(Note: No request required under TRAP 34.5(a), (b)) | Was requested on:<br><br>3/19/18 |
|---|---|---|---|

Court Reporter or Court Recorder:

Peggy Hershelman

Number: (832) 927-2363
(include area code)

Telecopy Number:    not published
(include area code)

Address:

Harris County Civil Courthouse
201 Caroline, 12th Floor
Houston, Texas 77002

(Attach additional sheet if necessary for additional court reporters/recorders)

| Length of trial (approximate): n/a | | State arrangements made for payment of court reporter/recorder: | |
|---|---|---|---|
| Reporter's or Recorder's Rec ord (check if electronic recording ) | None | Will request | Was requested on: |

**VII.** **Nature Of The Case (TRAP 32.1(f))** (Subject matter or type of case: E.g., personal injury, breach of contract, workers' compensation, condemnation, DTPA, employment/labor, family code, juvenile, malpractice, probate, UCC, tax, oil & gas, real property or temporary injunction):

This is a breach of contract/fraud case.

| **VIII.** **Supersedeas Bond (TRAP 32.1(1)):** | None | Will file | Was filed on: |
|---|---|---|---|

**IX.** **Extraordinary Relief:** Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court?    **No**    If yes, briefly state the basis for your request.

**X.** **Alternative Dispute Resolution/Mediation (if applicable)** (As of 8/19/97, these programs exist in the 1st (Houston), 3rd (Austin), 4th (San Antonio), 5th (Dallas), 9th (Beaumont), 13th (Corpus Christi), and 14th (Houston)). (Use additional sheets, if necessary).

None Requested

---

1. Should this appeal be referred to mediation? If not, why not.

Apellant/Defendant is open to referral to mediation but questions whether it will have purpose depending on appellee/plaintiffs' position.

---

2. Has the case been through an ADR procedure in the trial court? **NO**

   If yes, answer the following:

   a. Who was the mediator?

   b. What type of ADR procedure?

   c. At what stage did the case go through ADR? (Specify pre-trial, trial, post-trial, other)

   d. Rate the case for complexity. Use 1 for the least complex and 5 for the most complex. Circle one.

           1    2    3    4    5

   e. Can the parties agree on an appellate mediator? If yes, give name, address, and telephone and telecopy numbers (with area codes).

---

    f. Languages other than English in which the mediator should be proficient:

---

**XI.** **Related Matters:** List any pending or past related **appeals or original proceedings** (e.g., mandamus, injunction, habeas corpus) before this or any other Texas appellate court by court, docket number, and style.

**XII.** Any other information requested by the court (see attachments, if any).

**XIII. Signature:**

/s/Thomas J. Kerr

_____ Date: ____3/19/18_____
Signature of counsel
(or pro se party)                                    State Bar No.: _00786015_____

Printed Name: _Thomas J. Kerr_____

**XIV. Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on March 19, 2018.

By facsimile through counsel
William Harger
704 Main Street
Richmond, Texas 77469
281.715.4343 (fax)
Counsel for
Zach Krachinski and Arc 84 LLC

/s/Thomas J. Kerr_____
Signature

(TRAP 9.5(e) requirements stated below; use additional sheets, if necessary)

**Note:** **Certificate of Service Requirements (TRAP 9.5(e)):** A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

## CAUSE NO. 2017-58042

ZACH KRACHINSKI and ARK 84 LLC, §
§
§
Plaintiffs §
§
V. §
§
VORTEK AVIATION LLC, WAYNE §
SCHMITZ, and RICARDO SANTIESTEBAN, §
§
Defendants §

IN THE DISTRICT COURT

165th JUDICIAL DISTRICT

HARRIS COUNTY, TEXAS

Unofficial Copy Office of Chris Daniel District Clerk

### DEFAULT FINAL JUDGMENT

At the hearing on this cause, Plaintiffs appeared through their attorneys of record. Defendants, although duly cited to appear and answer herein, failed to file an answer within the time allowed by law, and did not appear at the hearing.

The Court finds that the Plaintiff's Motion for Interlocutory Default Judgment Against VORTEK AVIATION, LLC filed on October 20, 2017 is moot, and this Default Final Judgment is in favor of Plaintiffs against all Defendants in this lawsuit.

The Court has considered the pleadings, testimony, evidence and records on file in this cause and is of the opinion that judgment should be rendered for Plaintiffs.

It is accordingly ADJUDGED that ZACH KRACHINSKI and ARK 84 LLC, Plaintiffs, recover from Defendants VORTEK AVIATION, LLC, WAYNE SCHMITZ AND RICARDO SANTIESTEBAN judgment for:

1.  $99,404.00 as the principal amount due;

2.  Interest at the rate of six percent (6.00%) on the principal amount from September 22, 2017 until the judgment is paid in full;

RECORDER'S MEMORANDUM
This instrument is poor quality
at the time of imaging

3.    $19,900.93 as attorney's fees if Defendants do not appeal this judgment to the Court of Appeals and time for appeal to that court has expired; if Defendant(s) unsuccessfully appeal to the Court of Appeals, Plaintiffs shall be entitled to $15,000 for attorney's fees.   If Defendant(s) unsuccessfully appeal to the Supreme Court of Texas, Plaintiffs shall be entitled to an additional $10,000 in attorney's fees; and

4.    $995.00 for costs of court.

It is further ADJUDGED that Defendants VORTEK AVIATION, LLC, WAYNE SCHMITZ, AND RICARDO SANTIESTEBAN are jointly and severally liable to Plaintiffs for the entire amounts awarded in this Judgment.

It is further ADJUDGED that an order of sale shall issue to any sheriff or any constable in any state where property is found which may satisfy this Judgment, directing him or her to seize and sell the property as under execution in satisfaction of this judgment.

It is ORDERED that Plaintiffs shall have all writs of execution and other process necessary to enforce this judgment.

It is further ORDERED that all amounts paid by Plaintiffs for bonds for restraining orders or temporary injunctions shall be returned to Plaintiffs.

This judgment finally disposes of all parties and all claims and is appealable.

SIGNED on __December 2017__ .

__Vrsula Hall__
JUDGE PRESIDING

2

APPROVED AS TO FORM:

WILLIAM G. HARGER & ASSOCIATES, PLLC

*William G. Harger*

By: William G. Harger
SBOT 00793898
704 Main Street
Richmond, Texas 77469
(281) 202-6000
(281) 715-4343 (fax)
harger@hargerlaw.com

BRADLEY W. HOOVER P.C.
Bradley W. Hoover
State Bar No. 09965700
937 E. Mulberry Street
Angleton, Texas 77515
Direct (979) 583-9664
Facsimile (888) 651-5317
bhoover@bradleywhoover.com

COUNSEL FOR PLAINTIFFS,
ZACH KRACHINSKI and ARK 84 LLC

Unofficial Copy Office of Chris Daniel District Clerk

3

## CAUSE NO. 2017-58042

| | | |
|---|---|---|
| ZACH KRACHINSKI, ET AL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| VORTEK AVIATION LLC, ET AL | § | 165TH DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Vortek Aviation LLC and Wayne Schmitz, Defendants in the above entitled and numbered cause

desires to appeal and file this notice of appeal of the court's December 8, 2017 final summary judgment order

to either the 1st or 14th Court of Appeals. This notice is filed within ninety (90) days of the Court's judgment

after Defendant's Motion for New Trial was overruled by operation of law and is timely filed.

Respectfully submitted,

**KERR WILSON, P.C.**

/s/Thomas J. Kerr
Thomas J. Kerr
SBOT: 00786015
16800 Imperial Valley,
Suite 360
Houston, Texas 77060
281.260.6304
281.260.6467 Facsimile
tkerr@tkalaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the above document was served on opposing counsel by certified mail on the

2nd day of March 2018.

/s/Thomas J. Kerr

*SCHMITZ/Krachinski..NOA*                                                              *1*

Thomas J. Kerr

Unofficial Copy Office of Chris Daniel District Clerk